## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

MARIE A. FRANCIA,

      Plaintiff,

v.                                  No. 1:20-cv-00785-KK

N.M. WORKFORCE SOLUTIONS,

      Defendant.

### MEMORANDUM OPINION AND ORDER
### GRANTING MOTION FOR EXTENSION OF TIME IN PART AND
### DENYING MOTION TO AMEND PLEADING AS MOOT

**THIS MATTER** comes before the Court on *pro se* Plaintiff's Motion for Extension of Time, Doc. 6, filed August 27, 2020, and Plaintiff's Motion to Amend Pleading, Doc. 7, filed August 27, 2020.

The Court notified Plaintiff that her Complaint failed to state a claim and ordered Plaintiff to either show cause why the Court should not dismiss this case pursuant to the *Rooker-Feldman* doctrine or file an amended complaint. *See* Doc. 5, filed August 6, 2020 ("Order to Show Cause").

Plaintiff requests an unspecified extension of time "to properly prepare and present the issue" and states she "requires additional time to amend her pleadings."

The Court grants Plaintiff an extension of time of 30 days to respond to the Order to Show Cause. Because the Court has already granted Plaintiff leave to amend her Complaint, the Court denies her Motion to Amend Pleading as moot.

**IT IS ORDERED** that:

(i)    Plaintiff's Motion for Extension of Time, Doc. 6, filed August 27, 2020, is

        **GRANTED in part.** Plaintiff shall, within 30 days of entry of this Order, either

show cause why the Court should not dismiss this case pursuant to the *Rooker-Feldman* doctrine and for failure to state a claim, or file an amended complaint. Failure to timely show cause or file an amended complaint may result in dismissal of this case.

(ii)     Plaintiff's Motion to Amend Pleading, Doc. 7, filed August 27, 2020, is **DENIED as moot.**

_____

**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**